# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-08514-JDE | Date | August 9, 2018 |
|---|---|---|---|
| Title | Karapet Hamasyan v. Nancy A. Berryhill | | |

Present: The Honorable  John D. Early, United States Magistrate Judge

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause

      On November 22, 2017, Plaintiff Karapet Hamasyan ("Plaintiff"), proceeding without counsel, filed a Complaint against the Commissioner of Social Security ("the Commissioner") seeking a review of a decision denying benefits by the Commissioner. Dkt. 1. On November 29, 2017, the Court entered a Case Management Order ("CMO"), directing among other things, that Plaintiff serve and file Plaintiff's motion for judgment on the pleadings, as described in the CMO, within 35 days from the date of the filing of the Commissioner's answer. Dkt. 7, § V(A)(1). The Commissioner filed her answer on May 7, 2018. As a result, Plaintiff was required to file Plaintiff's motion for judgment on the pleadings by no later than June 11, 2018. As of the date of this Order, Plaintiff's motion for judgment on the pleadings has not been filed and is therefore nearly two months late.

      As a result, Plaintiff is hereby ordered to show cause, in writing, within 14 days from the date of the order, why this action should not be dismissed for failure to prosecute and failure to comply with Court orders pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff can comply with this order to show cause by filing a motion for judgment on the pleadings in compliance with the CMO within 14 days of this order. Plaintiff is advised that if Plaintiff fails to file a timely response to this Order, the Court will recommend dismissal for lack of prosecution and for failure to comply with Court orders.

      IT IS SO ORDERED.